1066

No. 84–1421.  PUDLO v. CITY OF CHICAGO.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 84–1422.  B. R. MACKAY & SONS, INC. v. ATTORNEY GENERAL OF ILLINOIS.  C. A. 5th Cir.  Certiorari denied.

No. 84–1428.  TRECKER v. SCAG ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–1433.  BROWN v. PAULUS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–1439.  JOHNSON v. BRANFORD ZONING BOARD OF APPEALS ET AL.  App. Ct. Conn.  Certiorari denied.

No. 84–1445.  MOORE ET AL. v. KENYATTA.  C. A. 5th Cir.  Certiorari denied.

No. 84–1450.  STEPPING STONES ASSOCIATES v. CITY OF WHITE PLAINS.  Ct. App. N. Y.  Certiorari denied.

No. 84–1458.  CHESLER ET AL. v. STADLER ASSOCIATES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 84–1492.  BEERY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 84–1510.  SMITH v. ALYESKA PIPELINE SERVICE CO. ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 84–1527.  STONEHILL ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–1533.  JARAMILLO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–1536.  CLARK v. WALTERS, ADMINISTRATOR OF VETERANS' AFFAIRS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 84–1590.  JENSEN ET AL. v. GATES LEARJET CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.